**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 3, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00691-CV

### E & J TRANSPORTATION, INC., Appellant

### V.

### HELLENIC LOGISTIC, LLC, ELENI VARVOUTIS A/K/A ELENI DRIER A/K/A ANNA HELENA DRIER AND SCOTT A. DRIER, Appellees

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1049452**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 12, 2015. On August 27, 2015, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Donovan.